# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Rudolph,<br><br>       Plaintiff,<br>v.<br><br>Receivables Performance Management, LLC, John Doe, and Keisha Doe,<br><br>       Defendants. | Civil No.: 10-CV-04195 PJS/AJB<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: January 6, 2011

Respectfully submitted,
**WHEATON LAW GROUP, PLLC**

By:  **s/Christopher S. Wheaton**
Christopher S. Wheaton, Esq.
Attorney I.D.#0389272
2021 East Hennepin Avenue, Suite 195
Minneapolis, Minnesota 55413-2700
Telephone:  (612) 379-3191
Facsimile: (612) 605-2102
cswheaton@wheatonlawgroup.com

csw

**Attorney for Plaintiff**